UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

E-filing

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 08-0717-01 MMC |
| JOSE GUSTAVO AMADOR ) | |

ORDER AMENDING PRESENTENCE REPORT

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Paragraph 32 of the defendant's presentence report, initially submitted on August 20, 2009, be amended to indicate that he was convicted of a misdemeanor charge of Accessory.

Date: JAN 2 3 2012

THE HONORABLE MAXINE M. CHESNEY
SENIOR UNITED STATES DISTRICT JUDGE

CM/cm